THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHCHESTER CORPORATION, Respondent, against WILLIAM S. MILLER et al., as Members of the Tax Commission of the City of New York, Appellants.

Submitted July 29, 1942; decided October 8, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 163.)

In the Matter of TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent.

RIDGE HOLDING CORPORATION, Appellant.

Submitted July 29, 1942; decided October 8, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 714.)